UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PENNY D. BEMISDERFER-BALL | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 99-1389-LFO |
| GERALD P. BATIPPS, M.D., P.C. | ) | |
| and | ) | FILED |
| GERALD P. BATIPPS | ) | AUG 1 1 2000 |
| Defendants. | ) | NANCY MAYER WHITTINGTON CLERK U.S. DISTRICT COURT |

ORDER

Before the Court is the plaintiff's "Motion for Severance of Claims Against the Corporate Co-Defendant" and the plaintiff's Motion for Sanctions Against the Corporate Co-Defendant for Failure to Appear at the April 28, 2000 Hearing [Dkt. 32]. On April 27, 2000, defendant Dr. Batipps filed for chapter 13 bankruptcy. Plaintiff moved for severance to enable her to proceed against the non-bankrupt corporate co-defendant, Gerald P. Batipps, M.D., P.C. By referral of this Court, United States Magistrate Judge Deborah Robinson filed a Report and Recommendation on August 3, 2000. Judge Robinson recommended that the plaintiff's motion for severance be granted, and that the plaintiff's motion for sanctions be denied. Judge Robinson's Report and Recommendation is approved. Accordingly, it is this ___ day of August, 2000, hereby

ORDERED: that plaintiff's motion for severance of the claims against the bankrupt individual defendant, Gerald P. Batipps, and the non-bankrupt corporate defendant, Gerald P. Batipps, M.D., P.C., is GRANTED; and it is further

ORDERED: that the plaintiff's motion for sanctions is DENIED.

*[signature]*
UNITED STATES DISTRICT JUDGE
*for Judge Oberdorfer*